JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| Venturepharma, LLC, et al, | ) | SACV 18-02296-JVS(KESx) |
|---|---|---|
| Plaintiff, | ) | ORDER OF DISMISSAL FOR |
| v. | ) | LACK OF PROSECUTION |
| Adam Zuckerman, et al., | ) | |
| Defendants. | ) | |

The Court having issued an Order to Show Cause re Dismissal for Lack of Prosecution on March 21, 2019, and no response to the Order to Show Cause having been filed, and no proof of service having been filed in this action as to any of the defendant,

IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: April 19, 2019

                                      James V. Selna
                                      United States District Judge